UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Cr. No. 00–065-01ML |
| | ) | |
| Neil A. French | ) | |

**ORDER TO RELEASE PASSPORT**

THIS CAUSE having come before U.S. District Judge Mary M. Lisi, for an order to temporarily release the defendant's passport which was surrendered as a condition of pretrial release.

WHEREAS the defendant has requested business related travel to Hong Kong from October 23 -29, 2005, it is hereby

ORDERED that the defendant's passport be released upon entry of this order. Said passport will be surrendered by the defendant to the Clerk of the Court within seventy-two hours of the defendant's return to the District of Rhode Island on October 29, 2005.

Per Order,

Barbara Barletta
Deputy Clerk

Enter:

Mary M. Lisi
MARY M. LISI
United States District Judge

Date:
10/18/05