UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Cr. No. 00–065-01ML |
| | ) | |
| Neil A. French | ) | |

**ORDER TO RELEASE PASSPORT**

THIS CAUSE having come before U.S. District Judge Mary M. Lisi, for an order to release the defendant's passport which was surrendered as a condition of pretrial release.

WHEREAS the defendant has completed the term of probation as ordered by this Court and the Government has no objection, it is hereby

ORDERED that the defendant's passport be released upon entry of this order.

Per Order,

Barbara Barletta
Deputy Clerk

Enter:

Mary M. Lisi
MARY M. LISI
United States District Judge

Date:

January 18, 2006